# IN THE SUPREME COURT OF TEXAS

No. 13-0953

IN RE MAGNUM HUNTER RESOURCES CORPORATION

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.      Relator's emergency motion for temporary relief, filed December 2, 2013, is granted.  The Order on Defendants' Motion to Compel Production of Documents and Electronic Information, dated November 15, 2013, in Cause No. DC-13-02198, styled *Hazen NG, L.L.C. and John Dean Hazen v. K&L Gates LLP and Julie Lennon*, in the 193rd District Court of Dallas County, Texas, is stayed to the extent that it applied to the production of internal reserve reports pending further order of this Court.

2.      The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this December 06, 2013.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK